**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    -against-

CESAR ARIAS; MARIO GARCIA BRACAMONTE; JESSE AGUIRRE-JIMENEZ,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Crim. 139 (GBD)

GEORGE B. DANIELS, United States District Judge:

The July 9, 2020 status conference is adjourned to October 22, 2020 at 10:00 a.m. Per the Government's July 1, 2020 request, time is excluded under the Speedy Trial Act until that time.

Dated: July 6, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge