**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 2, 2020

**BY ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED
The December 3, 2020 status conference is adjourned to February 25, 2021 at 9:30 a.m.

[signature] HON. GEORGE B. DANIELS

Re: *United States v. Cesar Arias et al.*, 20 Cr. 139 (GBD)

Dear Judge Daniels:

A conference in the above-captioned case is currently scheduled for December 3, 2020. The Government is still in the process of producing electronic images of the devices seized from the defendants. The parties are also in the process of discussing possible dispositions. As a result, the parties respectfully request that the conference be adjourned to a date in early February 2021, with the exception of February 4, 2021. The Government also requests, with the consent of the defendants that time be excluded through the next-scheduled conference date under the Speedy Trial Act. Such an exclusion would be in the interests of justice as, among other things, it would allow the parties time to discuss possible dispositions of this case and for the defendants to review discovery. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: [signature] Daniel Nessim
Daniel G. Nessim
Assistant United States Attorney
(212) 637-2486