**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 2, 2020

SO ORDERED:

*[signature]*
George B. Daniels, U.S.D.J.
Dated: DEC 0 3 2020

**BY ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Cesar Arias et al.*, 20 Cr. 139 (GBD)

Dear Judge Daniels:

On December 2, 2020, the Court adjourned a status conference in this matter to February 25, 2021. (Dkt. No. 24.) The Government respectfully requests, with the consent of the defendants, that time be excluded through February 25, 2021 under the Speedy Trial Act. Such an exclusion would be in the interests of justice as, among other things, it would allow the parties time to discuss possible dispositions of this case and for the defendants to review discovery. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: *[signature]*
Daniel G. Nessim
Assistant United States Attorney
(212) 637-2486