UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

CESAR ARIAS et al.,

               Defendants.

------------------------------------ X

ORDER

20 Crim. 139 (GBD)

GEORGE B. DANIELS, District Judge:

The status conference is adjourned from April 28, 2021 to July 8, 2021 at 10:00 a.m. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until that time.

Dated: New York, New York
       April 21, 2021

SO ORDERED.

GEORGE B. DANIELS
United States District Judge