**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

CESAR ARIAS

               Defendant.

------------------------------------- x

ORDER

20 Crim. 139-1 (GBD)

GEORGE B. DANIELS, District Judge:

The status conference is adjourned from July 8, 2021 to July 27, 2021 at 10:30 a.m. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until that time.

Dated: New York, New York
       June 24, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge