UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

CESAR ARIAS,

              Defendant.

------------------------------------- x

ORDER

20 Crim. 139-1 (GBD)

GEORGE B. DANIELS, District Judge:

    The status conference scheduled for July 27, 2021 is cancelled. A change of plea hearing is scheduled for August 3, 2021 at 10:30 a.m.

Dated: New York, New York
         July 19, 2021

                                    SO ORDERED.

                                    GEORGE B. DANIELS
                                    UNITED STATES DISTRICT JUDGE