**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x
UNITED STATES OF AMERICA,

    -against-

CESAR ARIAS

             Defendant.

ORDER

20 Crim. 139-1 (GBD)

------------------------------------ x

GEORGE B. DANIELS, District Judge:

The October 19, 2021 sentencing is adjourned to November 16, 2021 at 10:00 a.m.

Dated: New York, New York
       October 14, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE