UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

CESAR ARIAS

              Defendant.

------------------------------------ x

ORDER

20 Crim. 139-1 (GBD)

GEORGE B. DANIELS, District Judge:

    The December 7, 2021 sentencing is adjourned until January 04, 2022 at 10:00 a.m. considering a trial scheduled for the week of December 6, 2021.

Dated: New York, New York
       December 6, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge