UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

CESAR ARIAS

               Defendant.

------------------------------------- x

ORDER

20 Crim. 139-1 (GBD)

JAN 0 3 2022

GEORGE B. DANIELS, District Judge:

The January 04, 2022 sentencing is adjourned until January 25, 2022 at 10:30 a.m. considering the current lockdown at MDC where the defendant is being held.

Dated: New York, New York
       January 03, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge