**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- X

UNITED STATES OF AMERICA,

-against-

CESAR ARIAS

               Defendant.

------------------------------------- X

FEB 0 1 2022

ORDER

20 Crim. 139-1 (GBD)

GEORGE B. DANIELS, District Judge:

The February 01, 2022 sentencing is adjourned until February 16, 2022 at 10:00 a.m.

Dated: New York, New York
       February 01, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge